MENTOR EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE, *v.* LAKE COUNTY BOARD OF REVISION ET AL., APPELLEES; AMETCO PROPERTIES, INC., APPELLANT.

[Cite as *Mentor Exempted Village School Dist. Bd. of Edn. v. Lake Cty. Bd. of Revision,* 111 Ohio St.3d 1218, 2006-Ohio-5613.]

(No. 2006–1145—Submitted August 9, 2006—Decided November 1, 2006.)

{¶ 1} The appeal is dismissed, sua sponte, on the authority of *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, and *Berea City School Dist. v. Cuyahoga Cty. Bd. of Revision,* 111 Ohio St.3d 1219, 2006-Ohio-5601, 857 N.E.2d 145.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reason stated in his dissent in *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, ¶ 5.

Sternberg & Zeid Co., L.P.A., and David J. Sternberg, for appellant.

Brindza, McIntyre & Seed, L.L.P., Robert A. Brindza, and David A. Rose, for appellee Mentor Exempted Village School District Board of Education.

Charles E. Coulson, Lake County Prosecuting Attorney, and Eric A. Condon, Assistant Prosecuting Attorney, for appellees Lake County Board of Revision and Lake County Auditor.